E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
ALEXANDER SU (Cal. Bar No. 297869)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719
    Facsimile: (213) 894-0141
    E-mail:   Alexander.Su@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF $33,120.00 IN U.S. CURRENCY. | Case No. 2:24-CM-00039 <br><br> JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT <br><br> [PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |
|---|---|

It is hereby stipulated by and between the UNITED STATES OF AMERICA ("government"), by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alexander Su, and claimants VINPOWER, INC., SHUO CHANG also known as ("aka") CALVIN CHANG, and CHIALING YU aka JENNIFER YU ("Claimants"), by and through their counsel of record, Kevin J. Cole and Jeremy Friedman of KJC Law Group, as to $33,120.00 in U.S. Currency (Consolidated Asset Tracking System Identification Number 23-FBI-008262) seized from a residence, located at 535 North Lincoln Avenue, Monterey Park, California, on or

about September 29, 2023 ("Seized Property"), as follows:

1. Claimants filed a claim in administrative forfeiture proceedings with the Federal Bureau of Investigation ("FBI"), with respect to the Seized Property.

2. FBI sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. Under 18 U.S.C. § 983(a)(2)(A)-(E), the time for any person to file a claim to the Seized Property has either expired or been tolled. No other person besides Claimants have filed a claim to the Seized Property, as required by law in administrative forfeiture proceedings.

3. Under 18 U.S.C. § 983(a)(3)(A), the government is required to file a complaint for forfeiture against the Seized Property and/or to obtain an indictment alleging that the Seized Property are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be March 26, 2024, unless the Court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 24, 2024, the time in which the government is to file a complaint for forfeiture against the Seized Property and/or to obtain an indictment alleging that the Seized Property are subject to forfeiture, so that the government can further investigate this matter and the parties can determine whether a resolution is appropriate without the government having to initiate a judicial forfeiture action.

//
//
//

2

1    5.   Claimants knowingly, intelligently, and voluntarily give up
2 any right Claimants may have under 18 U.S.C. § 983(a)(3)(A)-(a)(3)(C)
3 to require the government to file a complaint for forfeiture against
4 the Seized Property and/or to obtain an indictment alleging that the
5 Seized Property are subject to forfeiture by March 26, 2024, and any
6 right Claimants may have to seek dismissal of any complaint and/or
7 any forfeiture allegation in an indictment on the ground that it was
8 not filed or returned on or before such date.
9    6.   The parties agree that the deadline by which the government
10 shall be required to file a complaint for forfeiture against the
11 Seized Property alleging that the Seized Property is subject to
12 forfeiture be extended to June 24, 2024.
13    NOW, THEREFORE, the parties hereto, by and through their
14 respective attorneys, hereby STIPULATE AND REQUEST that the
15 government's time to file a complaint for forfeiture against the
16 Seized Property and/or obtain and indictment in connection with the
17 Seized Property be extended to and include June 24, 2024.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1    SO STIPULATED.

2 DATED: February 12, 2024          Respectfully submitted,

3                                    E. MARTIN ESTRADA
                                     United States Attorney

4                                    MACK E. JENKINS
5                                    Assistant United States Attorney
                                     Chief, Criminal Division

6                                    JONATHAN GALATZAN
7                                    Assistant United States Attorney
                                     Chief, Asset Forfeiture & Recovery
8                                    Section

9                                       /s/ Alexander Su
                                     ALEXANDER SU
10                                   Assistant United States Attorney

11                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
12
13 DATED: February 12, 2024          Respectfully submitted,

                                     KJC LAW GROUP
14

15                                      /s/*
                                     KEVIN J. COLE
16                                   JEREMY FRIEDMAN

17                                   Attorney for Claimants
                                     VINPOWER, INC., SHUO CHANG, and
18                                   CHIALING YU

19
*Per Civil Local Rule 5-4.3.4.(a)(2)(i), the filer hereby attests
20 that all other signatories listed, and on whose behalf the filing is
submitted, concur in the filing's content and have authorized the
21 filing via email.

4

**PROOF OF SERVICE BY E-MAIL**

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On February 12, 2024, I served a copy of: **JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** on each person or entity named below by transmitting the document by electronic mail to the e-mail address indicated for receipt of e-mail on the date and place shown below following our ordinary office practices.  Each person has given consent to receive service by e-mail.

**TO:** Kevin J. Cole Esq.
KJC Law Group
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Email: kevin@kjclawgroup.com

I am readily familiar with the practice of this office for transmittal of electronic mail from a desktop computer which allows for confirmation that an e-mail message was sent on a particular day and time.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 12, 2024, at Los Angeles, California.

*Luis F. Chaves*
**LUIS F. CHAVES**
Paralegal III, FSA

5